The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAD JOHNSON,<br><br>Defendant. | NO. CR14-350 RAJ<br><br>ORDER TO SEAL EXHIBITS A AND B OF GOVERNMENT'S DISPOSITION MEMORANDUM |

Having reviewed Exhibits A and B of the government's Disposition Memorandum, which were filed under seal, and the government's Motion to Seal requesting that the government's exhibits be allowed to remain under seal, and finding good cause,

It is hereby ORDERED that the Government's Motion to Seal (Dkt. #19) is GRANTED. Exhibits A and B of the government's Disposition Memorandum in this matter shall remain sealed.

DATED this 28th day of September, 2018.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

Order to Seal Exhibits A and B of Government's Disposition Memorandum
*United States v. Johnson /* CR14-350 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970